UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LEONEL AROSTEGUI, | |
| Plaintiffs, | No. C 13-6009 VC |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| BANK OF AMERICA, et al. | |
| Defendants. | Date:      July 29, 2014<br>Mediator: George Wailes |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative from appearing in person at the July 29, 2014, mediation before George Wailes is GRANTED. Ms. Turner shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 21, 2014                                By: _____
Dated                                                             Maria-Elena James
                                                                 United States Magistrate Judge