UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONEL AROSTEGUI,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendant.

Case No. 13-cv-06009-VC

**ORDER OF CONDITIONAL DISMISSAL**

The Court has been advised this case settled on November 18, 2014 at a settlement conference before Magistrate Judge Maria-Elena James. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
VINCE CHHABRIA
United States District Judge